**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENCODITECH LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-01613-RGA |
| | ) |
| BEURER NORTH AMERICA, L.P., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby jointly stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

This Court shall retain jurisdiction of all matters concerning the settlement in this action, including over the confidential License and Settlement Agreement, dated January 16, 2019 (the "Agreement"), entered into by Encoditech LLC and Beurer North America, L.P. for the purpose of enforcing the Agreement. The Agreement shall be and is hereby incorporated by reference into this Stipulated Order.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | POTTER ANDERSON & CORROON LLP |
| By: */s/ Timothy Devlin* | By: */s/ Jonathan A. Choa* |
| Timothy Devlin (#4241) | Jonathan A. Choa (#5319) |
| 1306 N. Broom St., Suite 1 | P.O. Box 951 |
| Wilmington, DE 19806 | Wilmington, DE 19899 |
| (302) 449-9010 | (302) 984-6000 |
| tdevlin@devlinlawfirm.com | jchoa@potteranderson.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

Dated: January 23, 2019
6062970

2

SO ORDERED on this _____ day of _____ 2019.

_____
U.S. District Judge